UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIAN BAUTISTA,<br>aka "Torpedo,"<br>Defendant. | Case No. 24-CR-0498-RSH<br>I N F O R M A T I O N<br>(Superseding)<br>Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Controlled Substances; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The United States Attorney charges:

Count 1

On or about July 7, 2022, within the Southern District of California, defendant ADRIAN BAUTISTA, aka "Torpedo," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION

1. The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging

forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the felony offense alleged in Count 1 of this Superseding Information, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant ADRIAN BAUTISTA, aka "Torpedo," shall forfeit to the United States all his rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offense, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violation alleged in this Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

//

//

All in violation of Title 21, United States Code, Sections 853.

DATED: June ____, 2024.

TARA K. McGRATH
United States Attorney

By: Jill Streja
JILL S. STREJA
Assistant U.S. Attorney